```
 1  MARINA GONZALES
    LAW OFFICES OF MARINA GONZALES
 2  1315 E. Divisadero
    Fresno, CA  93721
 3  Tel: (559)497-0515
    Fax: (559) 497-8785
 4
 5  Attorney for defendant, INOCENCIO CRUZ-FLORES
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) Case No.: CR F 03-5350
                                )
12           Plaintiff,         ) APPLICATION FOR ORDER
                                ) EXONERATING BOND AND FOR
                                ) RECONVEYANCE OF REAL PROPERTY
13      v.                      ) AND ORDER THEREON
    INOCENCIO CRUZ-FLORES       )
14                              )
                                )
15           Defendant          )
                                )
16                              )
```

17  Defendant Inocencio Cruz-Flores, hereby moves this court for an

18  order to exonerate the bond and reconvey real property in the

19  above-captioned case.

20       On September 15, 2003,

21  Mr. Cruz-Flores Sr. appeared in this matter before Magistrate

22  Judge Sandra M. Snyder. On that date, the court ordered Mr. Cruz-

23  Flores Sr. release from custody under the supervision of Pretrial

24  Services and a $40,000 real property bond. Two original, recorded

25  Deed of Trusts were provided to this court by Inocencio Cruz-Flores Sr. on September 15, 2003.

26

1

2  On <u>May 20, 2005</u>, Mr. Cruz-Flores Sr. surrendered himself to the
3  Bureau of Prisons. He is now serving his sentence in FDC SeaTac
4  Federal Detention Center.
5       Since Mr. Cruz-Flores Sr. has met the conditions in this
6  matter, he requests that the court exonerate the bond set by the
7  court and reconvey title to the real properties securing the bond
8  to Mr. Inocencio Cruz-Flores Sr. and Sofia C. Cruz.
9
10 Dated: 8/8/05                    Respectfully submitted,
11
12                                   _MARINA GONZALES /S/__
                                     MARINA GONZALES
                                     For Defendant
13                                   Inocencio Cruz-Flores

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

**IT IS HEREBY ORDERED,** that the bond in the above-captioned case be exonerated and title to the real properties be reconveyed to Inocencio Cruz-Flores Sr. and Sofia C. Cruz.

Dated: 8/16/05                              /s/ ROBERT E. COYLE
                                            Judge ROBERT E. COYLE
                                            United States Judge
                                            Eastern District of California