**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Robert E. Coyle
Senior United States District Judge
Fresno, California

                    RE:    Inocencio Cruz-Flores
                            Docket Number:   1:03CR05350-01 REC
                            **PERMISSION TO TRAVEL**
                            **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Morelia, Michoacan, Mexico . He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On March 7, 2005, Inocencio Cruz-Flores was sentenced for the offense(s) of 18 USC 4--Misprision of a Felony.

**Sentence imposed:**  One year Supervised Release, 135 days in the custody of the U.S. Bureau of Prisons; reside and participate in a Community Corrections Center for 135 days.

**Dates and Mode of Travel:**  11/27/05: Travel via bus from Visalia, CA to Tijuana, Mexico. 11/28/05: Travel via commercial airline from Tijuana to Morelia, Michoacan. He will return by the same mode of travel on 12/28/05.

**Purpose:**  Visit his mother who is terminally ill with cancer.

**RE:    Inocencio Cruz-Flores**
**        Docket Number:   1:03CR05350-01 REC**
**        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


Respectfully Submitted,

/s/ Dan L. Vianello

**Dan L. Vianello**
**Senior United States Probation Officer**

**DATED:**     November 4, 2005
              Visalia, California
              DLV


**REVIEWED BY:**     /s/ Dan L. Vianello for
**Rick C. Louviere**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved     XX                              Disapproved _____

November 9, 2005                             /s/ ROBERT E. COYLE
**Date**                                     **Robert E. Coyle**
                                             **Senior United States District Judge**